UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY JOSEPH WINKLER,<br><br>　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:18-cv-00115-MMD-WGC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 10) is granted. Respondents will have until July 6, 2018, to respond to the petition for writ of habeas corpus in this case.

DATED THIS 23rd day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE