UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY JOSEPH WINKLER,<br><br>　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00115-MMD-WGC<br><br>ORDER |

On June 5, 2018, the Court received a letter from Laverne Fasthorse concerning this case. (ECF No. 12.) Mr. Fasthorse is not a party to this action and is not authorized to participate in it.

It is therefore ordered that the Clerk of Court strike Mr. Fasthorse's letter (ECF No. 12) from the docket.

DATED THIS 6th day of June 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE