# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY JOSEPH WINKLER, | Case No. 3:18-cv-00115-MMD-WGC |
| Petitioner, | |
| v. | ORDER |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner's motion for an extension of time (ECF No. 19) is granted. Petitioner will have until September 17, 2018, to file an opposition to Respondents' motion to dismiss.

DATED THIS 26th day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE