# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY JOSEPH WINKLER,<br><br>　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00115-MMD-WGC<br><br>ORDER |

　　　Good cause appearing, Petitioner's second motion for enlargement of time (ECF No. 25) is granted. Petitioner will have until November 2, 2018, to file an opposition to Respondents' motion to dismiss.

　　　DATED THIS 14th day of September 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE