UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY JOSEPH WINKLER,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00115-MMD-WGC<br><br>ORDER |

Petitioner's motion for extension of time (ECF No. 41) is granted. Petitioner will have until June 30, 2019, to file his reply to Respondents' opposition to Petitioner's motion for reconsideration.

In connection with his request for an extension of time, Petitioner also has filed a motion to extend his copy work limit. (ECF No. 42.) An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC administrative regulation 722.01(7)(D), inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." In this district, courts have found that they can order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties. *See Allen v. Clark Cty. Det. Ctr.*, 2:10-cv-00857-RLH, 2011 WL 886343, at \*2 (D. Nev. Mar. 11, 2011). In this case, the Court grants Petitioner's request (ECF No. 42) to extend his copy work account limit by another $5.00 so that he may file and serve his reply in this case. The Nevada Department of Corrections must therefore extend Petitioner's prison copy work limit by $5.00.

DATED THIS 19th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE